# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

**FILED**
01/17/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

__Harold M. Cochran Jr.__

v.

(Full name of defendant(s))

__Jerry Goodin__

Case Number:

2:23-cv-028-JRS-MG

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
(State)

__Putnamville Correctional Facility-1946 W. U.S. 40 Greencastle, IN 46135__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Jerry Goodin__
(Name)

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at ___111 S. First St. Scottsburg, IN. 47170___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Scott County Sheriff's Dept.___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On January 3, 2019, Scott County Sheriffs Dept. deputy's kicked in my door & held me at gunpoint. I was very scared. I had never had that happen to me. They violated my rights because they did not have a warrant. I was charged with Dealing in Methamphedamine and was taken to jail. I did not know that they had an investigation going on about me since 2018. They eventually got a C.I. to

Complaint - 2

wear a wire on me but did not charge me with that till I was out on bond. I am currently at the Putnamville Correctional Facility for that crime but am filing this lawsuit for the first 426 days of my being in the Scott County Detention Center. My rights were violated and what they found in my house they didn't even use against me! They knew they were in the wrong.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want an award of money.

E.  JURY DEMAND

☐ Jury Demand – I want a jury to hear my case
     OR

☒ Court Trial – I want a judge to hear my case

Dated this 17th day of December 20 22.

Respectfully Submitted,

*Harold M. Cochran*
Signature of Plaintiff

930259
Plaintiff's Prisoner ID Number

Putnamville Correctional Facility
1946 West U.S. 40 Greencastle, IN. 46135
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

*Harold M. Cochran*
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

## FILING FEE

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☒ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.