UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HAROLD M. COCHRAN, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00028-MG-MPB |
| | ) |
| JERRY GOODIN, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is dismissed **with prejudice**. *See* 28 U.S.C. § 1915(e)(2).

Date: 1/12/2024

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:
HAROLD M. COCHRAN, JR.
930259
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP (New Albany)
jlowe@k-glaw.com